UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GUTIERREZ, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CITY OF BAKERSFIELD, CHIEF ) <br> GREG WILLIAMSON, 10 UNKNOWN NAMED ) <br> EMPLOYEES OF THE CITY OF BAKERSIFELD, ) <br> COUNTY OF KERN, SHERIFF DONNY ) <br> YOUNGBLOOD, 10 UNKNOWN NAMED ) <br> EMPLOYEES OF THE COUNTY OF KERN ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:13-CV-01070-AWI-JLT <br><br> **ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** <br><br> **(Doc. 14)** |

The parties having so stipulated, and good cause appearing, the Joint Stipulation to continue the mandatory scheduling conference filed by the parties is hereby granted. The Initial Scheduling Conference is continued to **December 2, 2013**, at 8:30 a.m.


IT IS SO ORDERED.

   Dated: **November 4, 2013**        **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE