THERESA A. GOLDNER, COUNTY COUNSEL
STATE OF CALIFORNIA, COUNTY OF KERN
By Andrew C. Thomson, Deputy (SBN 149057)
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA. 93301
Telephone: 661-868-3800
Attorneys for County of Kern, Sheriff Youngblood
and all unnamed/unknown County Employees

V. James DeSimone (SBN 119668)
SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, CA 90291-3270
Telephone: 310-396-0731
Attorneys for Plaintiff Justin Gutierrez

Michael G. Marderosian (SBN 77296)
Heather S. Cohen (SBN 263093)
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA. 93721
Telephone: 559-441-7991
Attorneys for City of Bakersfield Chief Williamson
and ten unnamed/unknown City Employees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GUTIERREZ,<br><br>Plaintiff,<br>vs.<br><br>CITY OF BAKERSFIELD, CHIEF GREG WILLIAMSON, 10 UNKNOWN NAMED EMPLOYEES OF THE CITY OF BAKERSIFELD, COUNTY OF KERN, SHERIFF DONNY YOUNGBLOOD, 10 UNKNOWN NAMED EMPLOYEES OF THE COUNTY OF KERN<br><br>Defendants. | Case No. 1:13-CV-01070-AWI-JLT<br><br>**JOINT STIPULATION FOR DISMISSAL AND DETERMINATION OF GOOD FAITH SETTLEMENT; ORDER**<br><br>**Magistrate Judge Jennifer L. Thurston** |

**COME NOW**, the Parties to this matter and hereby submit this Stipulation for Dismissal with prejudice of the entire action.

## THE PARTIES

Plaintiff Justin Gutierrez (hereinafter "Plaintiff") is represented by V. James DeSimone, Esq. of the Law Offices of Schonbrun, DeSimone, Seplow, Harris, & Hoffman LLP.

Defendants City of Bakersfield, Chief Greg Williamson and "10 Unknown Named Employees of the City of Bakersfield" (hereinafter collectively "City Defendants") are represented by Michael G. Marderosian, Esq. and Heather S. Cohen, Esq. of the law firm of Marderosian, Cercone & Cohen.

Defendants County of Kern, Sheriff Donny Youngblood and "10 Unknown Named Employees of the County of Kern" (hereinafter collectively "County Defendants") are represented by Andrew C. Thomson, Deputy, of the Office of Kern County Counsel. (Plaintiff, City Defendants and County Defendants are collectively the "Parties").

## REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PRJUDICE

The Parties to this action, County Defendants including but not limited to County of Kern, Sheriff Youngblood and "10 Unknown Named Employees of the County of Kern," City Defendants, including but not limited to City of Bakersfield, Chief Greg Williamson, and "10 Unknown Named Employees Of The City Of Bakersfield" and Plaintiff Justin Gitierrez, have agreed to the full and complete resolution of this matter on behalf of all Parties, with each Party to bear its own costs and attorney's fees.

## STIPULATION FOR DISMISSAL

The Parties hereby Stipulate to the following and request that the Court issue an Order consistent therewith:

1. That the Court shall dismiss this entire action, with prejudice; and,

\ \ \

\ \ \

\ \ \

2. That the settling parties agree to bear all of his/its/their own costs and/or attorney's fees.

Dated: August 18, 2014  SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP

By: /s/ V. James DeSimone
    V. James DeSimone,
    Attorneys for Plaintiff Justin Gutierrez

Dated: August 18, 2014  MARDEROSIAN, CERCONE & COHEN

By: /s/ Heather Cohen
    Michael G. Marderosian, Esq.
    Heather Cohen, Esq.
    Attorneys for Defendants Attorneys for City of Bakersfield Chief Williamson and ten unnamed/unknown City Employees

Dated: August 21, 2014  THERESA A. GOLDNER, COUNTY COUNSEL COUNTY OF KERN

By: /s/ Andrew C. Thomson
    Andrew C. Thomson, Deputy
    Attorneys for Defendants County of Kern and Sheriff Youngblood and ten unnamed/unknown County Employees

**ORDER**

**IT IS HEREBY ORDERED:**

Pursuant to agreement between the Parties, this entire case is dismissed, with prejudice; and,

Pursuant to agreement between the Parties, each party is to bear all of his/its/their own costs and attorney's fees with respect to this litigation, and any costs and/or attorney's fees incurred by Plaintiff in his action against defendants are fully and completely covered in the settlement.

IT IS SO ORDERED.

Dated: August 22, 2014

SENIOR DISTRICT JUDGE